# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| REGINALD DEKEITH MIMS, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| vs. | : | CASE NO. 4:10-CV-105-CDL-MSH |
| | : | 28 U.S.C. § 2254 |
| | : | |
| FRANK TAYLOR SMITH, | : | |
| | : | |
| Respondent. | : | |

## **RECOMMENDATION OF DISMISSAL**

Petitioner's Application for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Docs. 1, 10) is before this court for preliminary consideration under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts (hereinafter "Habeas Corpus Rules"). Pursuant to Rule 4, "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge *must* dismiss the petition . . . ." Habeas Corpus Rule 4 (emphasis added). Petitioner's application for a writ of habeas corpus is due to be dismissed under Rule 4 because it is successive.

## **DISCUSSION**

"Before a second or successive application permitted by [28 U.S.C. § 2244] is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2444(b)(3)(A); *see also* Habeas Corpus Rule 9. Instead of following this rule, Petitioner filed this action while *simultaneously* seeking permission from the Eleventh Circuit to file a successive or second

habeas petition. On September 27, 2010, the Eleventh Circuit denied Petitioner's request to file a second or successive petition and found that "Mims has failed to make a *prima facie* showing of the existence of either of the grounds set forth in § 2244(b)(2)." *In re Mims*, No. 10-14169-B, slip op. at 4 (11th Cir. Sept. 27, 2010). Consequently, this action must be dismissed as successive and frivolous.

## CONCLUSION

IT IS RECOMMENDED that Petitioner's action be **DISMISSED** as successive and frivolous. Pursuant to 28 U.S.C. § 636(b)(1), the Petitioner may serve and file written objections to this recommendation with the UNITED STATES DISTRICT JUDGE within fourteen (14) days after being served a copy of this recommendation.

**SO RECOMMENDED,** this 8th day of November, 2010.

S/Stephen Hyles
UNITED STATES MAGISTRATE JUDGE