IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

REGINALD DEKEITH MIMS,         *

    Petitioner,            *

vs.                            *
                                    CASE NO. 4:10-CV-105 (CDL)
FRANK TAYLOR SMITH, Warden,    *

    Respondent.            *

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on November 8, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 16th day of December, 2010.

                                                        S/Clay D. Land
                                                          CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE